IN RE:                                                                      Case No. **18-50134-MEH**

**Baker, Marjan Monique**                                              Chapter **13**

Debtor(s)

## AMENDED CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 5, 2018**

                                           */s/ Lars Fuller*
                                           Signature of Debtor's Attorney or Pro Per Debtor

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Allied Interstate LLC (A)
PO Box 361474
Columbus, OH  43236-1474


American  (Blue)
PO Box 0001
Los Angeles, CA  90096-8000


American Express
PO Box 0001
Los Angeles, CA  90096-8000


Chase (Amazon)
PO Box 15548
Wilmington, DE  19886-5548


Chase (Hyatt)
PO Box 15548
Wilmington, DE  19886-5548


Chase Freedom
PO Box 15548
Wilmington, DE  19886-5548


Chase Mortgage
Mail Code OH4-7302
PO Box 24696
Columbus, OH  43224-0696

Chicago Title Company
16795 Lark Ave Ste 100
Los Gatos, CA  95032-7691


Citi/Aadvantage
PO Box 9001037
Louisville, KY  40290-1037


Citi/Sears
PO Box 9001037
Louisville, KY  40290-1037


Citi/Simplicity
PO Box 9001037
Louisville, KY  40290-1037


County of Santa Clara Dept of Tax (A)
70 W Hedding St E Wing 6TH
San Jose, CA  95110


Credence Resource Management LLC (A)
AT&T
PO Box 2390
Southgate, MI  48195-4390


Discover
PO Box 51908
Los Angeles, CA  90051-6208

Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0001


Hector Moreno
1800 Hamilton Ave # 100
San Jose, CA  95125-5635


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Joseph Tang (A)
1800 Hamilton Ave Ste 100
San Jose, CA  95125-5635


Kevin Baker
c/o Stefan Kennedy
333 W San Carlos St # 1600
San Jose, CA  95110-2739


Merrick Bank
PO Box 660702
Dallas, TX  75266-0702


Motor Body Company, Inc (A)
455 Sunol St
San Jose, CA  95126-3750

Mr. Cooper
Interbank Mortgage COmpany
333 Knightsbridge Pkwy Ste 210
Lincolnshire, IL  60069-3662


Premier Properties and Financial Inc.
c/o Fireside Realty
2111 Lincoln Ave
San Jose, CA  95125-3541


Priceline Rewars/Barclay Bank
PO Box 8801
Wilmington, DE  19899-8801


Small Business Administration (A)
409 3rd St SW
Washington, DC  20416-0011


Steven Luethje/Realty One Gp Infinity
910 E Hamilton Ave # 100
Campbell, CA  95008-0612


Ventura Rossi Hersey & Muller LLP
160 W Santa Clara St Ste 1575
San Jose, CA  95113-1770


Walter Pierce Hammon Law Office (A)
75 E Santa Clara St Ste 1400
San Jose, CA  95113-1839